Form 3A
(10/05)

# United States Bankruptcy Court
Northern District Of Illinois

In re _____HALLEMA SMITH_____,  Case No. 07-20688
Debtor

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 274.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ 68.50    Check one ☑ With the filing of the petition, or
                         ☐ On or before _____

    $ 68.50    on or before    NOVEMBER 30, 2007

    $ 68.50    on or before    DECEMBER 28, 2007

    $ 68.50    on or before    JANUARY 25, 2008

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    /s/ Hallema Smith    11/4/07
Signature of Attorney       Date       Signature of Debtor   Date
                                       (In a joint case, both spouses must sign.)

Name of Attorney
                                       _____    _____
                                       Signature of Joint Debtor (if any)   Date

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

**NOV 06 2007**

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV - 6 2007

KENNETH S. GARDNER, CLERK
PS REP. - MBM