```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20688
   HALLEMA SMITH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6143


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/06/2007 and was not confirmed.

     The case was dismissed without confirmation 01/07/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00           .00            .00
EMC MORTGAGE              CURRENT MORTG          .00           .00            .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     39346.00           .00            .00
EMC MORTGAGE              MORTGAGE ARRE     13200.00           .00            .00
UMLI HOME VEST CAPITAL    SECURED NOT I          .00           .00            .00
UMLI HOME VEST CAPITAL    SECURED NOT I     12640.36           .00            .00
REO PROPERTIES            NOTICE ONLY     NOT FILED            .00            .00
PRO SE DEBTOR             DEBTOR ATTY            .00                          .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------      ---------------
TOTALS                         .00                    .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20688 HALLEMA SMITH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 20688 HALLEMA SMITH